**E. M. SORENSON et al., Appellants, v. The WARREN REFRIGERATOR COMPANY, Inc., Appellee.**

No. 10962.

Court of Civil Appeals of Texas.
San Antonio.

May 14, 1941.

S. P. Nielsen, of Sebastian, for appellants.

Brown & Criss, of Harlingen, for appellee.

PER CURIAM.

The judgment is affirmed. The questions raised in the appeal do not call for a written opinion. Associated Indemnity Corporation v. Gatling, Tex.Civ.App., 75 S.W.2d 294.